IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROY MITCHELL,

                Plaintiff,                ORDER

    v.                                      11-cv-260-wmc

PAT PRICE, *et al.*,

                Defendants.

---

    Plaintiff Roy Mitchell has filed a complaint under 42 U.S.C. § 1983, alleging civil rights violations in connection with the conditions of confinement at the Columbia Correctional Institution. Mitchell has filed motions to add parties and amend the complaint. (Dkts. # 56, # 81). The defendants have filed a motion for summary judgment, to which Mitchell has supplied an extensive response. (Dkts. # 94-101, # 103-109).

    The pretrial conference order reflects that this case is set for trial on April 15, 2013. So that the parties may prepare accordingly, the court will stay all upcoming deadlines in the pretrial conference order pending resolution of the above-referenced motions and any other issues that are presently under advisement.

1

ORDER

IT IS ORDERED that:

1. All remaining deadlines in the pretrial conference order, Dkt. # 35, are STAYED until further notice.

2. The court will enter a new scheduling order once all of the pending motions have been resolved.

BY THE COURT:

FEB 15 2013

WILLIAM M. CONLEY
District Judge

2